In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-098 CV


____________________



MAYOR JERRY WADE, JANET WADE, LARRY PRESTON, 


KATHLEEN PRESTON, SHANNON BONES, AND LIBBY BONES, 


Appellants/Cross-Appellees



V.



O.L. DAVENPORT, ALVIE ELLIS, J.F. PAGE, JR., PAMELA DANIELS,

SANDY BEACH, TIM LITTLEFIELD AND THE CITY OF SHEPHERD, TEXAS, Appellees/Cross-Appellants






On Appeal from the 258th District Court


San Jacinto County, Texas


Trial Cause No. 10764-A






MEMORANDUM OPINION (1)


 The appellants and cross-appellees, Mayor Jerry Wade, Janet Wade, Larry Preston,
Kathleen Preston, Shannon Bones, and Libby Bones, and the appellees and cross-appellants, O.L. Davenport, Alvie Ellis, J.F. Page, Jr., Pamela Daniels, Sandy Beach,
Tim Littlefield, and the City of Shepherd, Texas, filed a joint motion to dismiss this
appeal. The parties allege they have settled all disputes and desire to dismiss this appeal
with prejudice. The Court finds that the motion is voluntarily made by the parties through
their attorneys of record prior to any decision of this Court and should be granted. Tex.
R. App. p. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party. 

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered November 4, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.